

August 5, 2021

**UNITED STATES DISTRICT COURT**
Southern District of California
Office of the Clerk of the Court
333 West Broadway, Ste. 420
San Diego, CA 92101

*Re: Donayre v. Capital One Bank (USA), N.A.*
  *Case: 17-cv-1160*

Dear Mr. Morrill:

I am one of the attorneys who represented Plaintiff in the above-entitled matter. I have reviewed your correspondence disclosing a previously unknown potential conflict of interest in this matter. In response, I have reviewed the file as well as the docket.

From my review of the matter, it appears that this case was only open for approximately 45-days starting with the date which the complaint was filed to when a notice of settlement was submitted. No dispositive motions were filed, and no judicial determinations were made on this case, other than the dismissal of the matter upon the parties' request.

I see no issues affecting Plaintiff, or how the case was resolved in connection with the recent disclosure.


Respectfully submitted,

*Joshua Swigart*
Joshua B. Swigart



2221 Camino del Rio South, Ste. 308, San Diego, CA 92108
**P** 866-219-3343  **D** 619-728-6348  **F** 866-219-8344  **E** josh@swigartlawgroup.com
**WWW.SWIGARTLAWGROUP.COM**